IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| BLANCA DE LA ROSA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:22-CV-0261 |
| | § | |
| CARDINAL HEALTH 200, LLC, | § | |
| | § | |
| Defendant. | § | |

**DEFENDANT'S NOTICE OF REMOVAL**

Pursuant to 28 U.S. Code § 1332, Defendant Cardinal Health 200, LLC ("Defendant") removes the lawsuit filed by Plaintiff Blanca De La Rosa ("Plaintiff") in the County Court at Law No. 6 of El Paso, County, Texas as follows:

1.      On June 13, 2022, Plaintiff filed a petition in an action styled Cause No. 2022DCV1754; *Blanca De La Rosa v. Cardinal Health 200, LLC,* in the County Court at Law No. 6 of El Paso, County, Texas (the "State Court Action"). Plaintiff filed the State Court Action alleging discrimination, retaliation, and worker's compensation retaliation under Texas Labor Code §§ 21.001 *et. seq.* and 451.000 *et. seq.*, respectively.

2.      Defendant's Index of State Court Documents for Removal is attached as Exhibit A. True and correct copies of Plaintiff's Original Petition and Jury Demand, and any other pleadings or orders on file in the State Court Action are attached hereto as Exhibits A-1 through A-5.

3.      Defendant was served on July 5, 2022. This Notice of Removal is timely filed pursuant to 28 U.S.C. § 1446(b).

4.      Removal of this action is proper under 28 U.S.C. §§ 1331 and 1332 because this is a civil action where the matter in controversy exceeds the sum or value of $75,000, exclusive of

interest and costs, and is between citizens of different States. First, according to her Original Petition and Jury Demand, Plaintiff seeks monetary relief over $250,000.00.[1] Second, Plaintiff is a citizen of the State of Texas.[2] Cardinal Health 200, LLC, employed Plaintiff and was both during her employment and at all times since then a limited liability company organized under the laws of the State of Delaware. The sole member of Cardinal Health 200, LLC is Allegiance Corporation, a Delaware corporation with its principal place of business in Ohio.[3] Therefore, there is complete diversity of citizenship between the parties.[4]

Defendant has or will promptly file a true and correct copy of this Notice of Removal with the Clerk of the County Court at Law No. 6 of El Paso, County, Texas as required by 28 U.S.C. §1446(d).

5.     The following is a list of counsel of record for the parties:

| | |
|---|---|
| Kristin L. Bauer | Raymond D. Martinez |
| Raha Assadi | Roberto A. Ramos |
| Jackson Lewis P.C. | Martinez & Martinez Law Firm, PLLC |
| 500 N. Akard, Suite 2500 | 2110 E. Yandell Dr. |
| Dallas, Texas 75201 | El Paso, Texas 79903 |
| | |
| Counsel for Defendant | Counsel For Plaintiff |

---

[1] *See* State Court Action.

[2] *See id*.

[3] *See* Exhibit B, Declaration of Christina Pate, at ¶ 3.

[4] Removal is proper even though Plaintiff has also brought a claim in this action under the Texas Workers' Compensation Act. 28 U.S.C. § 1441(c)(1)(B) allows for removal of the "entire action" provided that the action "would be removable without the inclusion" of the nonremovable claim. This requirement is met here because without the nonremovable workers' compensation claim, this action would still be removable since there is complete diversity between the parties.

---

**DEFENDANT'S NOTICE OF REMOVAL**                                                    **PAGE 2**

6.      For these reasons, Defendant removes the above-styled action, pending in the State Court Action, to the United States District Court for the Western District of Texas, El Paso Division.

Respectfully submitted,

By:  /s/ *Kristin L. Bauer*
      Kristin L. Bauer
      Texas Bar No. 24006813
      Kristin.Bauer@jacksonlewis.com
      Raha Assadi
      Texas Bar No. 24105444
      Raha.assadi@jacksonlewis.com
      JACKSON LEWIS P.C.
      500 N. Akard, Suite 2500
      Dallas, Texas 75201
      Phone: 214.520.2400
      Fax: 214.520.2008

**ATTORNEYS FOR DEFENDANT**

**CERTIFICATE OF SERVICE**

The undersigned certifies that a copy of this document was served upon the attorneys of records of all parties to the above cause in accordance with Federal Rule of Civil Procedure 5 on August 1, 2022.

MARTINEZ & MARTINEZ LAW FIRM, PLLC
Raymond D. Martinez
raymond@martinezlawyers.com
Roberto A. Ramos
bobby@martinezlawyers.com
2110 E. Yandell Dr.
El Paso, Texas 79903

*Attorneys for Plaintiff*

/s/ *Kristin L. Bauer*
Kristin L. Bauer